UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | |
| JOHN GRADY BENTLEY | | |
| JENNIFER RAY BENTLEY | } | CHAPTER 13 |
| DEBTOR | } | CASE NO. 11-78068-JRS |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $2774.00 on behalf of Harry W. Krumenauer, Atty. These funds are being remitted to the Registry because the Attorney has not claimed the funds.

_____
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

### CERTIFICATE OF SERVICE

This is to certify that I have this 14th day of March, 2013 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

Harry W. Krumenauer, Atty
147 Waterman Street
Marietta, Ga. 30060

_____
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887